```
                   UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


TOMMIE D. LADNER                         CIVIL ACTION NO. 11-002

VERSUS                                   SECTION: "I" (2)

OCHSNER CLINIC FOUNDATION, ET AL
```

       This Court has been advised that the above-captioned case has settled.  The U.S. Magistrate Judge and counsel are thanked for their assistance.

       New Orleans, Louisiana, this 29th day of May, 2012.

```
                                    _____
                                         LANCE M. AFRICK
                                    UNITED STATES DISTRICT JUDGE
```