UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TOMMIE D. LADNER** | **CIVIL ACTION** |
| **VERSUS** | **No. 11-00002** |
| **OCHSNER CLINIC FOUNDATION** | **SECTION "I"** |

## ORDER

Considering the foregoing joint motion[1] to dismiss,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that the claims of plaintiff, Tommie D. Ladner, against defendants, Ochsner Clinic Foundation and Louisiana Patient's Compensation Fund and Oversight Board, are hereby dismissed, with prejudice, each party to bear his or its own costs.

New Orleans, Louisiana, July 20, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 29.